**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Thomas E. Minogue,** | ) | **CASE NO. 1:06-cv-286** |
| **Herman H. Tarnow, and** | ) | |
| **Jane F. Sims,** | ) | |
| **Co-Trustees of the Phyllis** | ) | |
| **Andrews Family Trust** | ) | |
| | ) | |
| **Plaintiffs,** | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| **Vs.** | ) | |
| | ) | **Remand Order** |
| **Arthur B. Modell** | ) | |
| **Defendant.** | ) | |

This Court, having issued its Memorandum of Opinion and Order GRANTING Plaintiffs' Motion to Remand (Doc. 15), hereby REMANDS this case to the Cuyahoga County Court of Common Pleas.

IT IS SO ORDERED.

/s/ Patricia A. Gaughan
PATRICIA A. GAUGHAN
United States District Judge

Dated:  6/16/06